Katy M. Young (SBN 267791)
Nancy Park Minkler (SBN 236750)
**AD ASTRA LAW GROUP, LLP**
582 Market Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile:  (415) 276-1976
kyoung@astralegal.com
nminkler@astralegal.com

Attorneys for Defendants/Counterclaimants

John Armstrong, Cal. Bar No. 183912
Horwitz + Armstrong A PROFESSIONAL LAW CORP.
14 Orchard, Suite 200
Lake Forest, CA 92630
jarmstrong@horwitzarmstrong.com
(949) 540-6540 (tel.)

Attorneys for Plaintiffs/Counterdefendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL CANNABRANDS INC., an Alberta, Canada corporation and LVV HOLDING COMPANY, LTD., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>LA VIDA VERDE, INC., a California corporation; ERIC HARA, a California resident, individually and as La Vida Verde, Inc.'s representative; BRYCE BERRYESSA, a California resident, individually and as La Vida Verde, Inc.'s representative; THOMAS FRYE, a California resident; BRIAN BRITTON, a California resident; EMILIO EIZNER, a California resident; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 3:19-cv-07781-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 26, 2019<br>Trial Date:  March 15, 2021 |

The parties have entered into a settlement agreement, dated May 1, 2020. Pursuant to the terms of that agreement and Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties stipulate to the dismissal of this action, including the related counterclaims, with prejudice, with each party to bear its own attorneys' fees and costs. Pursuant to California Code of Civil Procedure §664.6, the parties request that the Court retain jurisdiction over the parties and this matter to enforce this stipulated settlement until there is full performance of its terms.

Date: May 13, 2020

Date: May 13, 2020

*/s/ Katy M. Young*
Katy Young
Attorney for Defendants La Vida Verde, Inc., Eric Hara, Bryce Berryessa, Thomas Frye, Brian Britton, and Emilio Eizner

*/s/ John Armstrong*
John Armstrong
Attorney for Plaintiffs
International Cannabrands, Inc., dba Radiko Holdings, and LVV Holding Co., LTD

## [~~PROPOSED~~] ORDER

The Court, having reviewed the above stipulation of the parties, and being familiar with the record of this case, dismisses this action with prejudice and orders that each party bear its own attorney fees and costs. However, pursuant to California Code of Civil Procedure §664.6 and any other relevant statutory provisions, and the parties' settlement agreement, the Court retains jurisdiction over this case and over the parties personally for such further orders, hearings, and other proceedings as may be appropriate to enforce the terms of the parties' settlement agreement.

Date: May 18, 2020

_____
VINCE CHHABRIA
United States District Judge