Katy M. Young (SBN 267791)
Nancy Park Minkler (SBN 236750)
**AD ASTRA LAW GROUP, LLP**
582 Market Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile:  (415) 276-1976
kyoung@astralegal.com
nminkler@astralegal.com

Attorneys for Defendants/Cross-Complainants
.

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL CANNABRANDS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LA VIDA VERDE, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-07781-VC<br><br>**STIPULATED JUDGMENT** |
| LA VIDA VERDE, INC., a California Corporation., ERIC HARA, BRYCE BERRYESSA, THOMAS FRYE, BRIAN BRITTON, and EMILIO EIZNER,<br><br>Cross-Claimants<br><br>v.<br><br>INTERNATIONAL CANNABRANDS, INC., an Alberta, Canada corporation and LVV HOLDING COMPANY, LTD., a Delaware corporation, and DOES 1 through 10<br><br>Cross-Defendants | |

-1-
**STIPULATED JUDGMENT
CASE NO. 3:19-cv-07781-VC**

IT IS HEREBY STIPULATED by and between Plaintiff and Cross-Defendant International Cannabrands, Inc., dba Radiko Holdings ("Radiko"), an Alberta, Canada corporation and LVV Holding Company Ltd., a Nevada corporation ("LLV HoldCo") (collectively, the "ICI Parties") and Defendant and Cross-Complainant La Vida Verde, Inc., a California corporation, Eric Hara, Bryce Berryessa, Thomas Frye, Brian Britton, and Emilio Eizner on the one hand (collectively, the "LVV Parties"), that judgment in the above captioned matter shall be entered in favor of Defendant and Cross-Complainant the LVV Parties and against Plaintiff and Cross-Defendants the ICI Parties in the principal sum of Six hundred and seventy five thousand dollars ($675,000.00), less credits of $125,000, under the terms of the Settlement Agreement and Mutual Release with Stipulation for Entry of Judgment attached hereto as Exhibit A.

For each payment that the ICI Parties missed, the LVV Parties hereby clawback shares in La Vida Verde, Inc. as follows:

| Transferee | Number of Pledged Shares transferred back to LVV if payment not timely made | | | |
|---|---|---|---|---|
| | 4/30/20 | 5/31/20 | 6/30/20 | 9/30/20 |
| Eric Hara* | 8,303 | 11,072 | 22,143 | 33,214 |
| Bryce Berryessa | 20,089 | 26,786 | 53,571 | 80,357 |
| Thomas Frye | 2,679 | 3,571 | 7,143 | 10,714 |
| Brian Britton | 1,607 | 2,143 | 4,286 | 6,429 |
| Emilio Eizner | 2,679 | 3,571 | 7,143 | 10,714 |
| Total | 35,357 | 47,143 | 94,286 | 141,428 |

* Julie Brooks will be substituted for Eric Hara to the extent of the transfer of Mr. Hara's shares of common stock of LVV to Ms. Brooks.

DATED: April 22, 2020                              **AD ASTRA LAW GROUP, LLP**

*[signature]*
_____
Katy M. Young
Attorney for Defendant and Cross-Complainant LVV

DATED: April 22, 2020

HORWITZ & ARMSTRONG, LLP

_____
John Armstrong
Attorney for Plaintiff and Cross-Defendant ICI

## JUDGMENT

IT IS HEREBY ADJUDGED, DECLARED AND DECREED that the terms of the above Stipulated Judgment shall become an order of this Court, and that judgment is hereby entered in the amount of Six hundred seventy five thousand dollars ($675,000.00), less credits of $125,000, for a total judgment amount of $550,000 in favor of Defendant and Cross-Complainant LVV and against Plaintiff and Cross-Defendant ICI.

Dated: March 29, 2021

_____
Judge of the [United States District Court]
Northern [District of California]

APPROVED
Judge Vince Chhabria